No. 515, Misc.   BYERS *v.* TEMPLE.   United States Court of Appeals for the District of Columbia Circuit.

Certiorari denied. *I. H. Halpern* for petitioner. *Frank D. Reeves* for respondent.

No. 517, Misc. KRAUSE *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.